AO 91 (Rev. 11/11)  Criminal Complaint

| | AUSA: | Darrin Crawford | Telephone: | (313) 226-9549 |
| --- | --- | --- | --- | --- |
| | Special Agent: | Kara Klupacs | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America
   v.

Corey Singleton

Case No.  Case: 2:24−mj−30040
Assigned To : Unassigned
Assign. Date : 2/5/2024
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2022 and January 19, 2023__ in the county of _____Wayne_____ in the
____Eastern____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922 (o) | Knowingly manufactured and prosessed machine guns |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent (ATF)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 5, 2024__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Kara Klupacs, being first duly sworn, hereby depose and state the

following:

**INTRODUCTION**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms,

and Explosives (ATF), and have been so employed since March 2018.  I am currently

assigned to the Detroit Field Division Group 2 – Crime Gun Enforcement Team

(CGET).  I graduated from the Federal Law Enforcement Training Center and ATF

Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight

years as a federal law enforcement officer with U.S. Customs and Border Protection

and the U.S. Secret Service Uniformed Division. During my employment with ATF,

I have conducted and/or participated in dozens of criminal investigations involving

the possession and use of firearms, armed drug trafficking, and criminal street gangs,

among other state and federal offenses.

2.      I based this affidavit on my personal knowledge, interviews conducted

by myself and/or other law enforcement agents, communications with others who

had personal knowledge of the events and circumstances described herein, and

information gained through my training and experience. The information outlined

below is for the limited purpose of establishing probable cause and does not

contain all facts known to law enforcement regarding this investigation.

3.      Probable cause exists that, between November 1, 2022, and January

19, 2023, COREY SINGLETON, who does not possess a license to manufacture

and possess NFA weapons, knowingly manufactured and possessed machineguns

in violation of 18 U.S.C. § 922(o).  Probable cause also exists that SINGLETON

committed wire fraud (18 U.S.C. § 1343) in connection with a scheme to defraud

the California federal/state unemployment insurance program and obtain

unemployment benefits by means of false and fraudulent pretenses and

representation.

### BACKGROUND ON THE NATIONAL FIREARMS ACT (NFA) AND NFA WEAPONS

4.      18 U.S.C. § 921(24) defines the term "machinegun" as having the

same meaning given the term under the National Firearms Act (NFA), 26 U.S.C.

§ 5845(b).

5.      According to the NFA, a machinegun is defined, in pertinent part, as

"any part designed and intended solely and exclusively, or combination of parts

designed and intended, for use in converting a weapon into a machinegun." 26

U.S.C. § 5845(b).

6.      The Gun Control Act, 18 U.S.C. § 922(o), generally prohibits the

transfer or possession of a machinegun unless that machinegun was lawfully

possessed before May 19, 1986 (or another exception exists that is not applicable

to this investigation).

7.      A "Swift-Link" or a "Trigger Control Group Travel Reducer

(TCGTR)" is an AR-type machinegun conversion device and a part designed and

intended solely and exclusively for use in converting a weapon into a machinegun,

thus it is a "machinegun" as defined in 26 U.S.C. § 5845(b).

8.      A Glock conversion device—commonly referred to as "Glock

Switch" or "Glock Auto Sear"—is a part, or combination of parts, designed and

intended for use in converting a semiautomatic Glock pistol into a machinegun;

therefore, it is also a "machinegun" under the NFA.

9.      The ATF is not aware of any Glock conversion device that was

developed before May 19, 1986.

## PROBABLE CAUSE

10.     In December 2022, ATF, and Homeland Security Investigations (HSI)

identified SINGLETON as a person suspected of illegally importing Glock

conversion devices and other suspected NFA weapons into the United States.

Additionally, Department of Labor-Office of the Inspector General (DOL-OIG),

identified SINGLETON as having been involved in a wire fraud scheme that

defrauded the state of California of unemployment insurance ("UI") benefits.

Firearms Violations

11.     On January 12, 2023, U.S. Customs and Border Protection (CBP) Officers in Anchorage, Alaska intercepted a parcel (hereafter referred to as the Subject Parcel), manifested as an "aluminum tube," addressed to "Kario Moor" of XXXXX Stoepel, Detroit, Michigan (the "Stoepel address"), from shipper in China.  Per CBP's authority to inspect international inbound packages, CBP Officers observed the parcel to contain a hollow tube with five (5) Glock conversion devices inside.

12.     On January 17, 2023, HSI agents in Detroit, Michigan took possession of the parcel noting the call number **(XXX) XXX-7377** was listed on the shipment invoice as a means of contact for the purchaser.  Agents also observed the same number was provided as a means of contact to the shipping courier FedEx.

13.     On January 18, 2023, I obtained an anticipatory federal search warrant for the controlled delivery of the Subject Parcel to the Stoepel address.

14.     On the morning of January 19, 2023, HSI Agents executed a controlled delivery of the Subject Parcel.  Due to the risk of destruction of evidence and risk to public safety, a representative sample of the items ordered (one (1) Glock conversion device) was included in parcel.  Shortly after 9:35 a.m., HSI agents were advised that the Subject Parcel had been opened.

15.     At approximately 9:45 a.m., HSI Agents executed the anticipatory search warrant.  During the warrant execution, the occupants of the residence were detained in the living room, including SINGLETON.

16.     During a post-*Miranda* interview, SINGLETON stated he lived in the basement of the Stoepel address. Agents learned that another relative also lived in the basement in a separate room; agents were able to identify SINGLETON's room based on residency documents as well as another occupant's statements.

17.     SINGLETON told the agents he wants to be a Federal Firearms Licensee (FFL) and explained some of the process for becoming a FFL.  He explained he had taken a loss on some of his firearm sales but was selling them due to needing money and needing to earn an income.

18.     When asked if he went by Kario Moor, he explained he went by "Corey Singleton;" when asked if Kario Moor was a nickname, he explained his nickname was "Chance Singleton."

19.     During the search of the residence, agents and officers located the following in the common area of the basement:

  a. One (1) Glock conversion device, found with other pieces of the Subject Parcel, recovered under clothing in the bottom of a large plastic container near the basement stairwell;

b. Two (2) red suspected AR-type machinegun conversion devices (Swift-Links);

c. Glock conversion device pieces;

d. Eight (8) 80% lower receivers.

i. An 80% lower receiver is an industry term describing an unfinished firearm receiver that does not have any machining of any kind in the area of the trigger/hammer (fire control) recess (or cavity) and is therefore not classified as a firearm nor subject to regulation under the GCA. 80% lower receivers are still considered defense articles and may not be imported into the US without appropriate paperwork.

20. In SINGLETON's basement bedroom, officers located the following:

a. One (1) tool bench covered in metal shavings containing the following: two drills, one AR-15 Receiver Jig, and one Router Tool;

b. Two milled out 80% lower receivers;

c. Two counterfeit Michigan driver's licenses in the name of "Corey Kario Singleton;"

6

d. Two (2) counterfeit Texas driver's licenses in the name of "Jamie Michaels;"

e. Two (2) invoices, one regarding the sale of ammunition, and one regarding the sale of firearm optics, addressed to M.B., with a billing address located in Summerville, South Carolina and a shipping address to the Stoepel address;

f. Proof of residence paperwork from the Detroit Police Department addressed to SINGLETON at the Stoepel address.

21.     When asked about his involvement with the Glock switch, SINGLETON initially explained he did not know where it came from, that he had gotten a package and opened it, then the police arrived.  Upon further questioning SINGLETON admitted purchasing the red drop ins (AR-type machinegun conversion devices) from a specifically identified Internet-based website, which were labeled as door handles on their website. He agreed that he knew what they were and described it as being very easy to get "switch selectors," "drop-ins" and "Glock parts."

22.     SINGLETON admitted purchasing the jigs and 80% lowers from a specifically identified Internet-based website and purchasing the router tool from Home Depot.  He explained that milling out the 80% lower receiver and assembling it takes him approximately 1 ½ hours.  He admits selling his completed

lowers for $700.00, using a third-party internet marketplace for the sales; he agreed

with the estimation that he had made approximately $600.00 in profit from his

sales of lower receivers.

23.     SINGLETON identified the device with XXX-XXX-7377 as his cell

phone.  He then unlocked the device and placed it in airplane mode.

24.     Review of SINGLETON's cell phone, pursuant a federal search

warrant, revealed evidence of SINGLETON ordering and paying for the Subject

Parcel.

25.     Review of SINGLETON's cell phone also revealed that from

approximately December 31, 2022, to January 9, 2023, SINGLETON engaged in

texted conversation through the WhatsApp messaging platform using the username

"Kairo Moore."  During communication with an unidentified individual utilizing a

specific WhatsApp username, I observed: SINGLETON ordered Glock conversion

devices from [USERNAME], received a link to pay, a screenshot of payment

confirmation, and a message from [USERNAME] clarifying that five (5) Glock

conversion devices were sent with a tracking number "393XXXXXX."  I am aware

that this is the same tracking number that was assigned to the intercepted parcel.

26.     Further review of the messages stored on the phone revealed

conversations in 2022 and 2023 in which SINGLETON advised that he was

interested in making an AR-type firearm into a machinegun, discusses the different

firearms he has made, sent a video of individuals shooting an AR-type machinegun inside a residence, sent a video of an individual firing a machinegun in what appears to be his backyard – followed by the text "That's fully," and in which he agrees to sell a firearm.

    a. On January 6, 2023, SINGLETON engages in a text conversation with an individual with call number XXX-XXX-7949." At approximately 11:50 a.m., SINGLETON texts "M16 jig here".

    b. Later that day at approximately 8:09 p.m., SINGLETON again texts the individual with call number XXX-XXX-7949 "I drop the ar. Now the drop in fit in."

        i. I am aware that a "drop in" is a term that can be used to describe a Drop In Auto Sear (DIAS), an AR-type machinegun conversion device. Based on the context of the conversation, SINGLETON's reference to a "M16 jig" and later reference to a "drop in" fitting an AR, I believe SINGLETON is referring to milling out an AR lower to accept AR-type machinegun conversion device.

    c. On January 6, 2023, SINGLETON engages in a text conversation with an individual with call number XXX-XXX-

9

4001.  SINGLETON texts "Yo I got one more fully made."

SINGLETON then sends an image of what appears to be an

AR pistol on a bed.  SINGLETON is asked for the price and

texts "I told u 700."  XXX-XXX-4001 responds "I need it."

27.     In February 2023, I shipped the recovered Glock conversion devices

and Swift-Links to the ATF Firearms and Ammunition Technology Division

(FATD) located in Martinsburg, West Virginia for final determination.  FATD

confirmed the recovered Glock conversion devices and Swift-Link conversion

devices were machineguns.

28.     Based on the foregoing, probable cause exists that SINGLETON is

illegally manufacturing and possessing machineguns.

## UI Fraud Associated with Corey Singleton

29.     During this investigation, agents observed that on April 27, 2020, a

Michigan UI claim was filed in the name of Corey SINGLETON; his address was

listed on the claim as well.  Information provided by the Michigan Unemployment

Insurance Agency ("MUIA") revealed that on July 18, 2021, the bank account

listed on SINGLETON's Michigan UI claim changed to Bank of America

("BOA") account ending in 8823, which continued to receive UI benefits in

SINGLETON's name.

30.     Records provided by BOA revealed that the account holder for account ending in 8823 was Corey SINGLETON. The address registered on SINGLETON's account ending 8823 was the Stoepel address.  In addition, a review of payments and funds transfers from account 8823 revealed numerous Cash App payments to "KARIO MO," which agents know to be an alias used by SINGLETON.

31.     On April 21, 2021, a California UI claim was filed in the name of COREY SINGLETON.  On or around May 2, 2021, the California Employment Development Department (EDD) approved the claim and a BOA prepaid UI debit card was issued in the name of Corey SINGLETON.

32.     Records provided by BOA revealed numerous deposits and transactions pertaining to the BOA California UI debit card issued in SINGLETON's name.  Between May 3, 2021, and October 25, 2021, $24,750 in California UI benefits were deposited into the UI account in SINGLETON's name. The records also revealed three separate $5,000 funds transfers on September 3, 2021, September 10, 2021, and September 17, 2021, from the California UI account in SINGLETON's name to a separate BOA account ending in 8823, the same bank account listed on SINGLETON's Michigan UI claim and registered in SINGLETON's name.

33.     A review of SINGLETON's California and Michigan UI claims revealed that the California UI benefits were paid at the same time as his Michigan UI benefits.  In my training and experience and conversations with Special Agent Colon, I know that UI beneficiaries are unable to collect UI benefits from two separate states at the same time.  In addition, agents did not find evidence of employment or residence of SINGLETON in the state of California, which disqualified him from applying for UI benefits in California.

34.     When interviewed SINGLETON admitted to never working outside of the state of Michigan.

35.     Probable cause exists that SINGLETON committed wire fraud in connection with the fraudulent California UI claim filed in his name. The filing of the claim involved an interstate wire transmission as it was filed via the internet with the California EDD, an agency located outside of Michigan.  In addition, all Electronic Funds Transfers of UI benefits to California UI claimants via a BOA-provided debit card involve the transmission of electronic signals through one of BOA's two data centers, which are located in Virginia and Colorado.

## CONCLUSION

36.     Probable cause exists that, between November 1, 2022 and January 19, 2023, SINGLETON, who does not possess a license to manufacture and possess NFA weapons, knowingly manufactured and possessed machineguns in

violation of 18 U.S.C. § 922(o).Probable cause also exists that Corey

SINGLETON has committed wire fraud (18 U.S.C. § 1343) in connection with a

scheme to defraud the federal/state unemployment insurance programs and obtain

unemployment benefits by means of false and fraudulent pretenses and

representations.

Respectfully submitted,

_____
Special Agent Kara Klupacs
Bureau of Alcohol, Tobacco, Firearms and
   Explosives

Sworn to and subscribed before me
and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
United States Magistrate Judge

  Dated: February 5, 2024